IN RE: A.F. AND E.S.

July 20, 1983.

ORDERED that the petition for certification is granted and the judgment of the Superior Court, Appellate Division, is summarily reversed and the matter is remanded to the Superior Court, Law Division, for reconsideration in light of *In Re: S.L.*, 94 *N.J.* 128 (1983).

STATE OF NEW JERSEY v. RALPH CAMPO.

August 2, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MARS.

September 7, 1983.

Petition for certification denied.